No. 83–6337. CORRADO v. GIFFORD. Appeal from Sup. Ct. R. I. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–1061. CATALYTIC, INC. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 11th Cir. Certiorari granted, the judgment, insofar as it pertains to Samuel Thrach, is vacated, and the case is remanded to the Court of Appeals with directions that the case be remanded to the National Labor Relations Board for further consideration in light of *Clear Pine Mouldings, Inc.*, 268 N. L. R. B. 1044 (1984).

No. A–707. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES v. LOPEZ ET AL. Application for stay, presented to JUSTICE REHNQUIST, and by him referred to the Court, is denied, insofar as it relates to the claims of respondent class members whose benefits were terminated on or after December 6, 1982, or who completed the administrative appeal process on or after December 6, 1982. As to all other members of the respondent class, the application for stay of judgment of the United States Court of Appeals for the Ninth Circuit is granted, pending the timely filing and final disposition of a petition for writ of certiorari.

No. A–799. GAUNCE v. NATIONAL TRANSPORTATION SAFETY BOARD ET AL. C. A. 9th Cir. Application for stay of mandate, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. D–396. IN RE DISBARMENT OF MCMORRIS. Disbarment entered. [For earlier order herein, see 465 U. S. 1002.]

No. D–406. IN RE DISBARMENT OF GOLDSTEIN. Disbarment entered. [For earlier order herein, see 465 U. S. 1063.]

No. D–413. IN RE DISBARMENT OF GOLDSTEIN. Charles H. Goldstein, of West Islip, N. Y., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on March 19, 1984 [465 U. S. 1096], is hereby discharged.